IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02263-BNB

LISA BLAND,

Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

On the unopposed oral motion of the plaintiff made at the scheduling conference this morning, and without objection by the defendant,

IT IS ORDERED:

(1) The name of the defendant is amended to be Kaiser Foundation Health Plan of Colorado, and

(2) The case caption is modified as indicated above.

DATED: January 15, 2015