IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02263-RBJ

LISA BLAND,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

Having reviewed the parties' Stipulation for Dismissal with Prejudice under Rule 41(a)(1)(ii), FED. R. CIV. P. [ECF No. 47], and being fully advised, this Court

Orders that the Stipulation be, and hereby is, GRANTED. This action is dismissed with prejudice, each side to pay her or its own costs and fees.

Dated this 21st day of August, 2015

By the Court:

_____
R. Brooke Jackson
U.S. District Court Judge